# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155496(64)


GERALD L. WISNER and KAY E. WISNER,
      Plaintiffs-Appellants,

v

SB INDIANA, LLC, WBM, LLC, QUANTUM
MANAGEMENT & INVESTMENTS, LLC, and
GREGGORY HARDY,
      Defendants-Appellees.

SC: 155496
COA: 328867
Lenawee CC: 13-004674-CB

_____


THEODORE J. DORR and THEODORE J. DORR,
LLC,
      Plaintiffs-Appellants,

v

WBM, LLC, QUANTUM MANAGEMENT &
INVESTMENT, LLC, and GREGGORY HARDY,
      Defendants-Appellees.

SC: 155496
COA: 333045
Lenawee CC: 12-004566-CB

_____/


On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 19, 2017.




I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017



Clerk